

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00091-CV

Melissa **HERNANDEZ**,
Appellant

v.

**CHRISTUS SPOHN HEALTH SYSTEM CORP.** d/b/a Christus Spohn Hospital Kleberg,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-03-53076-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. Costs of the appeal are taxed against the parties who incurred them.

SIGNED February 18, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice